**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re:<br><br>RONNITA STYLES<br><br>Debtor(s) | Case No. 10-00613 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 01/08/2010.

2) The plan was confirmed on 03/26/2010.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on  NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on 05/08/2012.

5) The case was dismissed on 06/29/2012.

6) Number of months from filing to last payment: 23.

7) Number of months case was pending: 32.

8) Total value of assets abandoned by court order:  NA .

9) Total value of assets exempted: $2,689.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (9/1/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $18,400.00 |
| Less amount refunded to debtor | $0.00 |
| **NET RECEIPTS:** | **$18,400.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,464.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $938.31 |
| Other | $0.00 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$4,402.31** |
| Attorney fees paid and disclosed by debtor: | $36.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AAA CHECKMATE | Unsecured | NA | 572.22 | 572.22 | 249.42 | 0.00 |
| AMERICAN HOME MORTGAGE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| ARROW FINANCIAL SERVICES | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE CORP | Unsecured | 656.00 | 751.88 | 751.88 | 327.73 | 0.00 |
| BARONS CREDITORS SERVICE CORP | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| BCC | Unsecured | 386.00 | NA | NA | 0.00 | 0.00 |
| BROTHER LOAN & FINANCE | Unsecured | 500.00 | 1,016.98 | 1,016.98 | 443.27 | 0.00 |
| CANDICA LLC | Unsecured | 14.00 | 14.21 | 14.21 | 0.00 | 0.00 |
| CAPITAL ONE BANK | Unsecured | 47.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE BANK USA | Unsecured | 493.00 | 493.98 | 493.98 | 215.31 | 0.00 |
| CDA PONTIAC | Unsecured | 250.00 | NA | NA | 0.00 | 0.00 |
| CLT FINANCIAL | Unsecured | 500.00 | 2,057.98 | 2,057.98 | 897.02 | 0.00 |
| COLLECTION COMPANY OF AMERIC | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| COMMUNITY PROP MGMT CORP | Unsecured | 1,550.00 | NA | NA | 0.00 | 0.00 |
| CORPORATE AMERICA FEDERAL C U | Unsecured | 1,489.00 | NA | NA | 0.00 | 0.00 |
| CREDIT COLLECTION SERVICES | Unsecured | 108.00 | NA | NA | 0.00 | 0.00 |
| DEBT RECOVERY SOLUTIONS | Unsecured | 361.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 152.00 | NA | NA | 0.00 | 0.00 |
| FIRST RATE FINANCIAL | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| FORD MOTOR CREDIT CO | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| HARVARD COLLECTION SERVICE | Unsecured | 1,550.00 | NA | NA | 0.00 | 0.00 |
| HEALTHCARE ASSOC CREDIT UNION | Unsecured | 597.02 | NA | NA | 0.00 | 0.00 |
| HSBC BANK NEVADA | Unsecured | 595.00 | 608.91 | 608.91 | 265.41 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 2,400.00 | 10,423.82 | 10,423.82 | 8,177.39 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 213.60 | 213.60 | 67.82 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 1,267.00 | 837.20 | 837.20 | 364.92 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 199.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE | Unsecured | 1,999.42 | NA | NA | 0.00 | 0.00 |
| MERRICK BANK | Unsecured | 796.00 | 796.57 | 796.57 | 347.20 | 0.00 |
| NAPERVILLE INTERNISTS | Unsecured | 107.00 | NA | NA | 0.00 | 0.00 |
| NCO FINANCIAL SYSTEMS INC | Unsecured | 53.24 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| NCO FINANCIAL SYSTEMS INC | Unsecured | 53.00 | NA | NA | 0.00 | 0.00 |
| PAYDAY LOAN STORE OF ILLINOIS | Unsecured | 1,100.00 | 1,155.00 | 1,155.00 | 503.44 | 0.00 |
| REAL TIME RESOLUTIONS | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| RJM ACQUISITIONS LLC | Unsecured | 28.00 | 108.10 | 108.10 | 32.66 | 0.00 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 386.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| SIR FINANCE | Unsecured | 1,200.00 | 1,226.00 | 1,226.00 | 534.38 | 0.00 |
| SOUTHWEST CREDIT SYSTEM | Unsecured | 197.00 | NA | NA | 0.00 | 0.00 |
| STATE COLLECTION SERVICE | Unsecured | 335.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Unsecured | NA | 0.00 | 0.00 | 0.00 | 0.00 |
| VILLAGE OF ROMEOVILLE | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESPARK COURTYARD | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| WORLD FINANCIAL NETWORK NATI | Unsecured | 3,765.00 | 3,605.90 | 3,605.90 | 1,571.72 | 0.00 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $10,423.82 | $8,177.39 | $0.00 |
| **TOTAL PRIORITY:** | **$10,423.82** | **$8,177.39** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$13,458.53** | **$5,820.30** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $4,402.31 |
| Disbursements to Creditors | $13,997.69 |
| **TOTAL DISBURSEMENTS:** | **$18,400.00** |

UST Form 101-13-FR-S (9/1/2009)

      12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 08/30/2012                          By: /s/ Glenn Stearns
                                                        Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**